UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDREW BEVOLO, III AND BEVOLO GAS AND ELECTRIC LIGHTS, INC. | * | CIVIL ACTION NO.  07-7247 c/w 07-8632 |
| | * | SECTION: M |
| VERSUS | * | JUDGE:  BEER |
| CONTINENTAL CASUALTY COMPANY | * | MAGISTRATE JUDGE: KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the UNOPPOSED MOTION TO STAY: it is hereby Ordered that the trial scheduled for July 14, 2008, and all scheduled hearing dates and deadlines be continued without date, and that all proceedings herein be stayed from the date of the signing of this Order.

Thus done and signed this __24th__ day of ____April____, 2008.

_____
DISTRICT COURT JUDGE

Page -1-